IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION

VICTOR GULLEY, ) Case No.: 1:10-CV-1807
Plaintiff pro se', ) **TRIAL BY JURY DEMANDED**
V. )
) Judge: HONORABLE Robert W. Gettleman
MARKOFF & KRASNY ASSOCIATES, PC )
Defendant

## PLAINTIFF'S MOTION TO RECONSIDER

### STATEMENT UPON WHICH RELIEF CAN BE GRANTED

COMES NOW the Plaintiff, Victor Gulley pro se.

At all times hereinafter mentioned, The Plaintiff was and still is a resident of Cook County, State of Illinois. From here on, Victor Gulley will be known as The Plaintiff. Plaintiff respectfully submits Plaintiffs Statement of Claim and Statement upon Which Relief Can Be Granted.

### JURISDICTION AND VENUE

1. **The Defendant's are third party debt collectors, as such is governed under the law by The Fair Debt Collection Practices Act 15 USC Section §1601, *et seq*. The State of Illinois abides by and adheres to these laws. Thus establishing the jurisdiction of this honorable court. Specifically section 813 of the FDCPA.**

   The Plaintiff denies ever having any contractual agreement for credit, loans or any service relationship with the Defendants.
   <u>The Plaintiff does not deny, the alleged debt is not in question here. But the fact as to how it was or was not validated and wrongful actions of the Defendants in an attempt to collect and credit reporting of the alleged debt, violated the civil rights of the Plaintiff and the law as outlined in the Debt Collection Practices Act, 15 USC §1601, *et seq*. The debt validates the Plaintiff does not owe it.</u>

### FACTS COMMON TO ALL COUNTS

2. Plaintiff is a **NATURAL PERSON** who resides in Chicago, Illinois at all times relevant to this action.

1

3. Defendant MARKOFF AND KRASNY, L.L.C is an Illinois Corporation number 00273775 that maintains its principal place of business in Chicago, Illinois.
4. The Defendants are debt collectors as defined by 15 U.S.C § 1692a(6).
5. Plaintiff is a **"CONSUMER"** as defined by 15 U.S.C. § 1692a(3). See
6. The Plaintiff sold the property in question 958 W. Marquette Chicago, Illinois on March 11, 2008 .
7. **The Cook County Recorder of Deeds show the property transferred from the ownership of the Plaintiff on March 11, 2008 and into the hands of Kevin L. Triplett on the same day.**
8. *<u>There is no current Federal, State Law, or City of Chicago Code or ordinance that makes a former property owner liable for the property once it has been sold.</u>*
9. The Defendant's alleged client is now sending the water bills for the property in question in the new owners name but to the Plaintiff's address.
10. The City of Chicago Police Departments notice was sent to the wrong person as of July 22, 2008.
11. **The defendant wrote tickets against the property in question on three separate dates in September, 8, 9, & 10th.**
12. The defendant noticed a third party and froze his bank account causing injury to the Plaintiff financially in March of 2009 and again in October 2009.
13. The Plaintiff has responded to the Defendants letters in 30 days or less.
14. The Defendant has **NEVER** provided validation of the debt in accordance with the 15 USC 1692g 809 (1) & (4)

## PLAINTIFF'S MOTION TO RECONSIDER

COMES NOW, Victor Gulley here, pro se, Plaintiff's motion to reconsider against the Defendant's numerous violations of FDCPA. The court has deemed that this was not a mutual or consensual transaction between both parties. Fines for failure to comply with a violation are never consensual between a municipality and the resident. 15 USC 1692a § 803 Definitions 5 this court used for this interpretation. In that same definition this transaction in which the fines were written were based on *property primarily for personal purposes.* (FDCPA 803 (5). This same definition was the basis for not holding the Debt collector to the Federal laws. However, the debt collector must still comply with these same Federal laws in communicating with consumers. The Defendant complied with **15 USC 1692c§ 805 Communication in connection with debt collection** when they sent out their initial letter which contained the words

> "Unless you notify us within 30 days after receiving this letter that you dispute the validity of the debt or any portion thereof, we will assume the debt is valid. If

2

you do notify us in writing within 30 days after receiving this notice that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or obtain a copy of a judgment, and mail you a copy of such verification or judgment. Also, upon your written request within 30 days, we will provide you with the name and address of the original creditor if different from the current creditor. Federal Law requires us to advise you that this letter is an attempt to collect a debt and any information obtained will be used for that purpose.

Pursuant to **15 USC § 809. A(3)(4)(5) and b Validation of debts**, the Plaintiff complied with this notice and sent several letters to the Defendant asking them for validation of the debt. To date the Defendant has never validated the debts but has continued the collection process by obtaining a Judgment against the plaintiff.

Pursuant to 15 USC 1692g § 805(c) the Defendant was sent letters on October 2, 2008, December 30, 2008 and February 5, 2009 and by Affidavit on December 2, 2008 and March 16th 2009. April 9, 2009 and May 5, 2009 requesting the Defendant to cease further communication with the Plaintiff.

The Defendant did not comply with § 809 but as stated prior continued collection. This caused injury to the Plaintiff prohibiting him from using his own bank account. The account was on hold for over 60 days causing all of his finances and obligations to go into arrears and numerous overdraft charges totaling close to 1000.00. This also prohibited the Plaintiff in being able to spend time with his daughter as he is responsible for picking up and dropping her off. The Plaintiff had no utilization of money to make it to and from his place of employment. This action occurred twice at the hands of the Defendant.

The letter submitted by the defendant bears the Federal Laws that they must adhere to however, they have never complied with the same law outlined on their initial communication.

3

The Plaintiff has requested validation of a debt in accordance with Federal Laws. The Defendant has never provided that validation but continued it's collection of the debt. The Defendant not only proceeded with collection but injured the Plaintiff by obtaining and recording judgments. The Plaintiff has responded to all of the Defendants letters in a timely fashion of 30 days or less. The Plaintiff requests that this Honorable Court look at this case and reopen it based on the Defendants unfair collection practices. The Plaintiff prays that the court will not set a precedent that any debt collector can collect money from any consumers when it is clear that the debt is not owed. This would be a very bad precedent to set. This act was set forth by Congress as a result of unethical collection practices. The Defendant has performed in a way that has justified the enactment of this law.

Respectfully submitted this 20th day of April 2011

*Victor Gulley*, Plaintiff

*Victor Gulley*
*8900 South Lowe*
*Chicago, Illinois*
*vgulley@hotmail.com*
*773-488-9041*

## **CERIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing complaint Victor Gulley v. Markoff & Krasny was mailed to BARHOST & ASSOCIATES, PC. 901 W Jackson Blvd. Suite 301, Chicago, Illinois 60607

Barhost & Associates  <u>7009 0820 0001 1765 3218</u>
901 West Jackson Blvd Suite 301, Chicago, Illinois 60607

Victor Gulley, Plaintiff
*8900 South Lowe*
*Chicago, Illinois*
*vgulley@hotmail.com*
773-488-9041

# Cook County Recorder of Deeds
## Eugene "Gene" Moore

Documents for PIN: 20-20-228-034-0000

| Document No. | Document Type | Date Recorded | Grantor/Trust No. |
|---|---|---|---|
| 0832311194 | LIS PENDENS | 11/18/2008 | CHASE HOME FIN LLC |
| 0823926161 | LIEN | 08/26/2008 | CHICAGO DEPT WATER MGMT |
| 0820718073 | RELEASE | 07/25/2008 | SMITH-ROTHCHILD FIN CO |
| 0820718074 | QUIT CLAIM DEED | 07/25/2008 | GULLEY VICTOR |
| 0820718075 | TRUSTEES DEED | 07/25/2008 | SLEDGE K C TR |
| 0820718076 | MORTGAGE | 07/25/2008 | TRIPLETT KEVIN L |
| 0812336094 | RELEASE | 05/02/2008 | MORTGAGE ELECTRONIC REGISTRATION SYSTE |
| 0804557031 | ASSIGNMENT | 02/14/2008 | MORTGAGE ELECTRONIC REGISTRATION SYSTE |
| 0802926393 | LIS PENDENS | 01/29/2008 | CHICAGO |
| 0732315119 | LIS PENDENS | 11/19/2007 | BANK NY |
| 0611110024 | RELEASE | 04/21/2006 | CHICAGO |
| 0534253062 | CORRECTION | 12/08/2005 | GULLEY VICTOR |
| 0533435028 | JUDGMENT | 11/30/2005 | CHICAGO |
| 0532116210 | RELEASE | 11/17/2005 | MORTGAGE ELECTRONIC REGISTRATION SYSTE |
| 0530610057 | MORTGAGE | 11/02/2005 | GULLEY VICTOR |
| 0412640111 | MORTGAGE | 05/05/2004 | GULLEY VICTOR |
| 0401401002 | MORTGAGE | 01/14/2004 | GULLEY VICTOR |
| 0319545042 | WARRANTY DEED | 07/14/2003 | WELLS FARGO BK MN TR |
| 0319545043 | MORTGAGE | 07/14/2003 | GULLEY VICTOR |
| 0317642217 | LIS PENDENS | 06/25/2003 | CHICAGO |

[1] [2]

**COOK COUNTY RECORDER OF DEEI**

While the Cook County Recorder of Deeds (CCRD) attempts to keep this website up to guarantee the accuracy of any of the information contained herein, including, but not l also does not guarantee the legality of the documents and database information conta whether directly, indirectly, incidental, punitive or consequential, as a result of any err this website or any use of this website, including, but not limited to use of on-line forn

Copyright © 2007 Cook County Recorder of Deeds, All rights reserved.
Please Call 312-603-5050 if you have general information questions about the Cook County R assist you.
For assistance with the use of this website, please click here rodsupport@cookcountygov.com or call

http://www.ccrd.info/CCRD/controller?commandflag=searchByProperty&optflag=Search... 12/3/2008

# MARKOFF & KRASNY
ATTORNEYS AT LAW

ROBERT G. MARKOFF
JAMES R. KRASNY
STEVEN A. MARKOFF
R TIMOTHY NOVEL

March 23, 2009

Victor Gulley
8900 S Lowe Ave
Chicago, Illinois 60620

                     RE: CITY OF CHICAGO - AHJ
                           Case No. 08CP048253
                           AMOUNT DUE: $4,418.11
                           OUR FILE NO: 89-01013-0

Dear Victor Gulley:

This firm has been retained by the CITY OF CHICAGO, as Special Assistant Corporation Counsel, to liquidate the overdue balance(s) on your account(s). A judgment has previously been entered against you for unpaid violations. You must make payment or satisfactory arrangement for payment with us to avoid additional collection efforts against you on behalf of our client. We sincerely hope that further contact will not be necessary and that you will arrange for payment.

<u>To ensure prompt and proper application, all payments and communications must be made to this office and show our file number:</u> **89-01013-0**

<u>**IMPORTANT NOTICE:**</u>

Unless you notify us within 30 days after receiving this letter that you dispute the validity of the debt or any portion thereof, we will assume the debt is valid. If you do notify us in writing within 30 days after receiving this notice, that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or obtain a copy of a judgment, and mail you a copy of such verification or judgment. Also, upon your written request within 30 days, we will provide you with the name and address of the original creditor if different from the current creditor. Federal law requires us to advise you that this letter is an attempt to collect a debt and any information obtained will be used for that purpose.

                         Very truly yours,

                         MARKOFF & KRASNY



                         by: _____

89-01013-0    LOT

CITY OF CHICAGO / DEPARTMENT OF POLICE  
3510 SOUTH MICHIGAN

(312)744-5000 Non-Emergency (Voice)  
9-1-1 Emergencies

Richard M. Daley, Mayor  
Jody P. Weis, Superintendent of Police

***LEGAL NOTICE***

Victor Gulley  
8900 S Lowe  
Chicago, IL 60620

Date: 22 Jul 08

PIN# 20-20-228-034-0000

RE: PROPERTY LOCATED AT 958 W. Marquette Rd

Our information indicates that you are the legal responsible owner for the above listed property which is located at 958 W Marquette Rd CHICAGO, IL. The above listed property is currently VACANT and UNSECURED.

Section 13-12-125 of the Municipal Code of Chicago requires the owner of a vacant property to enclose and secure the property. This section also requires that a sign containing the name, address, and telephone number of the owner or the owners=s agent be affixed to the building, legible from the nearest public street or sidewalk.

Section 13-12-140 of the Municipal Code of Chicago requires the owner to post a watchman at the property between the hours of 4:00 PM and 8:00 AM and until the building is either occupied or razed.

Thus far, you have failed to comply with either of these ordinances. To prevent use of the property for criminal activity, you are required to comply with the provisions of the above listed ordinances, immediately. Failure to do so will result in citations being issued to you with the maximum penalties of up to $1000.00 for each offense, per day.

It is my sincere hope that you will bring your building into compliance. Upon receipt of this notification, you are instructed to contact me immediately. If this notification has been sent in error, please forward any information you may have regarding the above listed property so we may update our records. If you have questions about your responsibility under these ordinances, please contact me at the 007th District Troubled Buildings Tasks Force, 6120 S. Racine, Chicago, IL 606036 or telephone, (312) 747-8489.

Sincerely,

P. O. Brad O. Tucker # 9420  
007th District

PROOF OF SERVICE BY MAIL I, PO Brad Tucker , an employee of the City of Chicago, Department of Police, certify that I placed the above LEGAL NOTICE in the U.S. MAIL on 22-Jul 08 at 6120 S. Racine, Chicago, IL 60636

P C Brad O Tucker 9420

# ADMINISTRATIVE NOTICE OF ORDINANCE VIOLATION
In the City of Chicago Department of Administrative Hearings
City of Chicago, a Municipal Corporation, Petitioner, vs.

**Respondent** *if Chicago Business, use name on license* — Last Name, First Name, MI: **Gulley Victor**

**Resp. Address No.** 8900 **Dir.** S **Street Name** Lowe

**City** Chicago **State** ● IL **ZIP** 60620

**Person Served** *if other than the respondent*

P001544898 14

## STEP 1:
Officer, Investigator, Inspector, and/or Complainant on oath states that the Respondent did then and there violate the following section(s) of the Municipal Code of Chicago:

- DRINKING ALCOHOL ON THE PUBLIC WAY 8-4-030
- PUBLIC URINATION 8-4-061
- DRINKING ALCOHOL ON CTA 10-8-526/98-126#1.4
- TRESPASS - CTA; NON-PAYMENT OF FARE 10-8-526/98-126#1.14(c)
- UNSAFE CONDUCT ON CTA - CROSSING BETWEEN CARS 10-8-526/98-126#1.6(a)
- SMOKING ON THE CTA 10-8-526/98-126#1.8
- AFTER HOURS - PARK DISTRICT PROPERTY 10-36-185 Ch. VII B.2
- ALCOHOL ON PARK DISTRICT PROPERTY 10-36-185 Ch. VII B.7
- ANIMAL UNDER RESTRAINT - PARK DISTRICT PROPERTY 10-36-185 Ch. VII B.10 a
- **OTHER:** TITLE CH. SEC. X 13-12-140 **OFFENSE (if other):** No Watchman on Duty

## STEP 2: You Must Describe Actions for Each Count below:

**Count 1, In That:** Failed to provide a watchman as required for a vacant, unsecured building between 4:00 PM – 8:00 AM

**Violation Location Nos.** 958 **Dir.** W **Street Name** Marquette **ST Suffix** Rd

**Vio. Date Mo/Day** 09/08 **Year** 2008 **Time of Violation** 4:00 PM **Year of Notice** 2008

CPD 11.497A
Version 01-06

**Unit** 007 **Star/Badge** 9420 X B. [signature]

### Administrative Hearing Appearance
IMPORTANT: UNLESS YOU HAVE BEEN ISSUED A MAIL-IN OPTION VIOLATION YOU MUST APPEAR FOR A MANDATORY HEARING ON:

**Date Mo/Day** 11/07 **Year** 2008 **Time** 9:00 AM at: ☒ 400 W. Superior, Room No. 105

FAILURE TO APPEAR may result in the imposition of a fine not to exceed the maximum penalties for each violation as specified in the Municipal Code of Chicago plus costs, restitution, and fees. Failure to comply with the administrative law officer's order may result in the issuance of additional sanctions.

I acknowledge receipt of this notice.
**Signature of Respondent or Person Served:** X By mail    P

SEE REVERSE SIDE FOR MAIL-IN PAYMENT OPTIONS
**DEPARTMENT OF ADMINISTRATIVE HEARINGS COPY**

# ADMINISTRATIVE NOTICE OF ORDINANCE VIOLATION
In the City of Chicago Department of Administrative Hearings
City of Chicago, a Municipal Corporation, Petitioner, vs.

**Respondent** *if Chicago Business, use name on license* — Last Name, First Name, MI: **Gulley, Victor**

**Resp. Address No.** 8900 **Dir.** S **Street Name** Lowe

**City:** Chicago **State:** IL **ZIP:** 60620

---

**STEP 1:** Officer, Investigator, Inspector and/or Complainant on oath states that the Respondent did then and there violate the following section(s) of the Municipal Code of Chicago:

P001544899 15

OTHER: TITLE, CHA, SEC. **13-12-125**
OFFENSE: Fail to Secure a Vacant property

**STEP 2:** You Must Describe Actions for Each Count below:

**Count 1:** Did Fail To Secure a Vacant Bldg
OPEN: front (rear) side  bsmt
(DOOR) / (WINDOW)

**Violation Location Nos.:** 958 **Dir.** W **Street Name:** Marquette **ST Suffix:** Rd

**Vio. Date:** 09/09/2008 **Time of Violation:** 4:01 PM **Year of Notice:** 2008

CPD 11.497A
Version 01-06

**Unit:** 007 **Star/Badge:** 9420 **Signature of issuing officer:** X B. Juckey

## Administrative Hearing Appearance

**Date:** 11/07/2008 **Time:** 9:00 AM **at:** ☒ 400 W. Superior

**Room No.:** 105

I acknowledge receipt of this notice. Signature of Respondent or Person Served: X — By Mail — P

SEE REVERSE SIDE FOR MAIL-IN PAYMENT OPTIONS
**DEPARTMENT OF ADMINISTRATIVE HEARINGS COPY**

# ADMINISTRATIVE NOTICE OF ORDINANCE VIOLATION
In the City of Chicago Department of Administrative Hearings
City of Chicago, a Municipal Corporation, Petitioner, vs.

**Respondent** *If Chicago Business, use name on license* — Last Name, First Name MI: **Gulley Victor**

**Resp. Address No.** 8900 **Dir.** S **Street Name** Lowe

**City:** Chicago **State:** IL **ZIP:** 60620

**Person Served** *if other than the respondent*

**Phone:**
**Acct. No. or DREV No.** on business license:

**Identification:** ☐ DLN/ID ☐ Other
**DLN State:** ☐ IL ☐ Other
**D.O.B. (M/D/Y):** / /

**Height / Weight / Sex / Race / Eyes / Hair / Event/IRD#**

**STEP 1:** Officer, Investigator, Inspector, and/or Complainant on oath states that the Respondent did then and there violate the following section(s) of the Municipal Code of Chicago:

Ticket No.: **P001544900**

| Count | Violation |
|---|---|
| | DRINKING ALCOHOL ON THE PUBLIC WAY 8-4-030 |
| | PUBLIC URINATION 8-4-081 |
| | DRINKING ALCOHOL ON CTA 10-8-526/98-126#1.4 |
| | TRESPASS - CTA: NON-PAYMENT OF FARE 10-8-526/98-126#1.14(c) |
| | UNSAFE CONDUCT ON CTA - CROSSING BETWEEN CARS 10-8-526/98-126#1.6(a) |
| | SMOKING ON THE CTA 10-8-526/98-126#1.8 |
| | AFTER HOURS - PARK DISTRICT PROPERTY 10-36-185 Ch. VII B.2 |
| | ALCOHOL ON PARK DISTRICT PROPERTY 10-36-185 Ch. VII B.7 |
| | ANIMAL UNDER RESTRAINT - PARK DISTRICT PROPERTY 10-36-185 Ch. VII B.10.a |
| X | OTHER: TITLE.CHA.SEC. RULE **13-12-140** |

**OFFENSE (if other):** No Watchman on Duty

**Count 16**

**Count 2, In That:** Failed to provide a watchman as required for a vacant, unsecured building between 4:00 PM – 8:00 AM

**Violation Location Nos.** 958 **Dir.** W **Street Name** *In the City of Chicago, County of Cook* Marquette **ST Suffix** Rd

**Vio. Date: Mo/Day** 09/09 **Year** 2008 **Time of Violation** 4:01 PM **Notice Date** **Year of Notice** 2008

**Complainant's Name** *if not issuing officer, investigator, or Inspector*

CPD 11.497A
Version 01-06

**Unit** 007 **Star/Badge** 9420 X **Signature of issuing officer, investigator, or inspector** B. [signature]

## Administrative Hearing Appearance

**IMPORTANT: UNLESS YOU HAVE BEEN ISSUED A MAIL-IN OPTION VIOLATION YOU MUST APPEAR FOR A MANDATORY HEARING ON:**

**Date: Mo/Day** 11/07 **Year** 2008 **Time** 9:00 AM
at: ☒ 400 W. Superior ☐ 2550 W. Addison ☐ 800 N. Kedzie ☐ 4770 S. Kedzie ☐ 2006 E. 95th St.
**Room No.** 105

**FAILURE TO APPEAR** may result in the imposition of a fine not to exceed the maximum penalties for each violation as specified in the Municipal Code of Chicago plus costs, restitution, and fees. Failure to comply with the administrative law officer's order may result in the issuance of additional sanctions.

I acknowledge receipt of this notice.
**Signature of Respondent or Person Served:** X By mail   P

**Comments:**
**Inventory No.:**

SEE REVERSE SIDE FOR MAIL-IN PAYMENT OPTIONS
**DEPARTMENT OF ADMINISTRATIVE HEARINGS COPY**

# ADMINISTRATIVE NOTICE OF ORDINANCE VIOLATION
In the City of Chicago Department of Administrative Hearings
City of Chicago, a Municipal Corporation, Petitioner, vs.

**Respondent** if Chicago Business, use name on license — Last Name, First Name MI: **Gulley, Victor**

**Resp. Address No.:** 8900  **Dir.:** S  **Street Name:** Lowe

**City:** Chicago  **State:** IL  **ZIP:** 60620

P001544902 18

STEP 1: Officer, Investigator, Inspector, and/or Complainant on oath states that the Respondent did then and there violate the following section(s) of the Municipal Code of Chicago:

- DRINKING ALCOHOL ON THE PUBLIC WAY 8-4-030
- PUBLIC URINATION 8-4-081
- DRINKING ALCOHOL ON CTA 10-8-526/98-126#1.4
- TRESPASS - CTA: NON-PAYMENT OF FARE 10-8-526/98-126#1.14(c)
- UNSAFE CONDUCT ON CTA - CROSSING BETWEEN CARS 10-8-526/98-126#1.6(a)
- SMOKING ON THE CTA 10-8-526/98-126#1.8
- AFTER HOURS - PARK DISTRICT PROPERTY 10-36-185 Ch. VII B.2
- ALCOHOL ON PARK DISTRICT PROPERTY 10-36-185 Ch. VII B.7
- ANIMAL UNDER RESTRAINT - PARK DISTRICT PROPERTY 10-36-185 Ch. VII B.10 a
- X OTHER: TITLE CHA.SEC. **13-12-140**  OFFENSE (if other): **No Watchman on Duty**

Count 2, In That: **Failed to provide a watchman as required for a vacant, unsecured building between 4:00 PM – 8:00 AM**

**Violation Location No.:** 958  **Dir.:** W  **Street Name:** Marquette  **ST Suffix:** Rd

**Vio. Date Mo/Day:** 09/10  **Year:** 2008  **Time of Violation:** 403 PM  **Notice Date:** 2008

CPD 11.497A Version 01-06

**Unit:** 002  **Star/Badge:** 9420  Signature: X B.

## Administrative Hearing Appearance

IMPORTANT: UNLESS YOU HAVE BEEN ISSUED A MAIL-IN OPTION VIOLATION YOU MUST APPEAR FOR A MANDATORY HEARING ON:

**Date Mo/Day:** 11/07  **Year:** 2008  **Time:** 9:00 AM  at: X 400 W. Superior  **Room No.:** 105

FAILURE TO APPEAR may result in the imposition of a fine not to exceed the maximum penalties for each violation as specified in the Municipal Code of Chicago plus costs, restitution, and fees. Failure to comply with the administrative law officer's order may result in the issuance of additional sanctions.

I acknowledge receipt of this notice.
Signature of Respondent or Person Served: X **By mail**    P

SEE REVERSE SIDE FOR MAIL-IN PAYMENT OPTIONS
**DEPARTMENT OF ADMINISTRATIVE HEARINGS COPY**